# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID McGOWAN,** : | |
| **Petitioner** : | |
| : | CIVIL ACTION NO. 3:19-1180 |
| v. : | |
| : | (Judge Mannion) |
| **KEVIN RANSOM,** : | |
| Superintendent, | |
| : | |
| **Respondent** | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court shall **CLOSE** this case.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE:** July 24, 2019
19-1180-01-Order